UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GREGORY GADSDEN,

Defendant.

17-CR-670 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* motion for modification of his supervised release term (Dkt. No. 29). The Court **DENIES** this motion without prejudice to refile after half of the defendant's supervised release term has been completed. The Clerk of Court is requested to terminate the motion at Dkt. No. 29 and to mail a copy of this order to the defendant at his last known address, listed below:

> 775 South Oak Drive
> Apartment #2
> Bronx, NY 10467

SO ORDERED.

	*Paul A. Engelmayer*
	PAUL A. ENGELMAYER
	United States District Judge

Dated: February 11, 2020
	New York, New York